UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

ANTHONY HORTON,

                Plaintiff,

-against-

MARY ASHONG, et al.,

                Defendants.

**ORDER OF SERVICE**

25-CV-6315 (PMH)

---

PHILIP M. HALPERN, United States District Judge:

Plaintiff, who is currently incarcerated at Green Haven Correctional Facility, brings this action, *pro se*, under 42 U.S.C. § 1983, alleging that Defendants failed to provide him with constitutionally adequate medical care. The Court construes the complaint as also asserting claims under the Americans with Disabilities Act of 1990. By order dated August 28, 2025, the Court granted Plaintiff's request to proceed *in forma pauperis* ("IFP"), that is, without prepayment of fees.[1]

**DISCUSSION**

Because Plaintiff has been granted permission to proceed IFP, he is entitled to rely on the Court and the U.S. Marshals Service to effect service.[2] *Walker v. Schult*, 717 F.3d. 119, 123 n.6 (2d Cir. 2013); *see also* 28 U.S.C. § 1915(d) ("The officers of the court shall issue and serve all process . . . in [IFP] cases."); Fed. R. Civ. P. 4(c)(3) (the court must order the Marshals Service to serve if the plaintiff is authorized to proceed IFP).

---

[1] Prisoners are not exempt from paying the full filing fee even when they have been granted permission to proceed IFP. *See* 28 U.S.C. § 1915(b)(1).

[2] Although Rule 4(m) of the Federal Rules of Civil Procedure generally requires that a summons be served within 90 days of the date the complaint is filed, Plaintiff is proceeding IFP and could not have effected service until the Court reviewed the complaint and ordered that any summonses be issued. The Court therefore extends the time to serve until 90 days after the date any summonses issue.

To allow Plaintiff to effect service on Defendants Mary Ashong, Dr. Mark Stillman, Billie Tuohy, Susanna Nayschuler, Carol A. Moores, and John Serhan through the U.S. Marshals Service, the Clerk of Court is instructed to fill out a U.S. Marshals Service Process Receipt and Return form ("USM-285 form") for each of these defendants. The Clerk of Court is further instructed to issue summonses and deliver to the Marshals Service all the paperwork necessary for the Marshals Service to effect service upon these defendants.

If the complaint is not served within 90 days after the date summonses are issued, Plaintiff should request an extension of time for service. *See Meilleur v. Strong*, 682 F.3d 56, 63 (2d Cir. 2012) (holding that it is the plaintiff's responsibility to request an extension of time for service).

Plaintiff must notify the Court in writing if his address changes, and the Court may dismiss the action if Plaintiff fails to do so.

## CONCLUSION

The Clerk of Court is further instructed to issue summonses for Mary Ashong, Dr. Mark Stillman, Billie Tuohy, Susanna Nayschuler, Carol A. Moores, and John Serhan, complete the USM-285 form with the address for these defendants, and deliver all documents necessary to effect service to the U.S. Marshals Service.

The Clerk of Court is directed to mail an information package to Plaintiff.

SO ORDERED.

Dated:   White Plains, New York
         October 29, 2025

_____
PHILIP M. HALPERN
United States District Judge

**SERVICE ADDRESS FOR EACH DEFENDANT**

1. Dr. Mark Stillman
   Deputy of Facility Health Services
   Green Haven Correctional Facility
   594 Rt. 216
   Stormville, NY 12582-0010

2. Billie Tuohy
   Deputy Superintendent of Health
   Green Haven Correctional Facility
   594 Rt. 216
   Stormville, NY 12582-0010

3. Susanna Nayshuler
   Regional Health Administrator
   New York State Department of Corrections and Community Supervision
   1220 Washington Avenue #9
   Albany, NY 12226

4. John Serhan
   Audiologist
   Green Haven Correctional Facility
   594 Rt. 216
   Stormville, NY 12582-0010

5. Carol Moores
   Chief Medical Officer
   New York State Department of Corrections and Community Supervision
   1220 Washington Avenue
   Albany, NY 12226

6. Mary Ashong
   Medical Provider
   Green Haven Correctional Facility
   594 Rt. 216
   Stormville, NY 12582-0010