IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT

RECEIVED
MAR 17 2026
PRO SE OFFICE

Anthony Horton
Plaintiff,

V.

Carol Moores;
(Chief Med officer)

Mary Ashang;
(Med Provider)

Defendants,

MOTION

NOTICE TO

Court

Civil Action

No. 1:25-CV-6315 (PMH)

To the extent Plaintiff requests relief from the Court regarding service (Doc. 41), Plaintiff's application is denied as moot. As reflected on the docket, the United States Marshal's Service has effectuated service on all Defendants.

The Clerk of Court is respectfully requested to terminate the motion pending at Doc. 41 and mail a copy of this order and the docket sheet to Plaintiff.

SO ORDERED.

Philip M. Halpern
United States District Judge

Dated:  White Plains, New York
         March 18, 2026

The He... the Court;

(In regards ...... Court dated;

Feb. 26, ....... herein is

stated; th..... fendants

Mary Ash..... have @

all been ....tiff's

suit or Complaint; On Jan. 15, 2026,
plaintiff writes to Notify the Court;

That unless the Court has made Copies of Plaintiffs' Claim available to Ashong (Mary) / Moores (Carol) on Jan 15, 2026; it is imposs impossible — that they were ever served; Copies of plaintiff's Complaint; as On this day; Feb 26, 26 Plaintiff is submitting for Delivery; (6) Copies of His Civil Suit To the Postal Service, wherefore delivery to this Court; So that all (6) defendants shall be served; by the Marshall's Service. This is the first instance that plaintiff has been able to serve upon anyone; plaintiff thus does not understand how any of the defendants have thus far; been served a copy of plaintiff's Complaint.

2·26·26

Pro Se Unit:

Anthony Horton 06A5568

Please be so Kind as to Insure that the Honorable Judge Philip M. Halpern; receives the enclosed Motion: Titled:

"Notice to Court";

(up until this Date; It is impossible that any Defendants have been Served upon; As Plaintiff; is just Now! making copies for Defendants Available.

Signed,
J. Horton
Anthony Horton

**WENDE CORRECTIONAL FACILITY**
Wende Rd., P.O. Box 1187
Alden, New York 14004-1187

NAME: Anthony Horton  DIN: 06A5568

WENDE
☆
CORRECTIONAL FACILITY

quadient
02/27/2026
US POSTAGE $000.74⁰

FIRST-CLASS MAIL
IMI

ZIP 14004
041M11471995

2026 MAR 17 AM 10: 40

RECEIVED
SDNY PRO SE OFFICE

LEGAL MAIL

Pro Se Unit (URGENT)
CLERK of Court
United States District Court
Southern District of N.Y.
U.S. Courthouse
500 Pearl St
New York, N.Y. 10007