UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ANTHONY HORTON,

Plaintiff,

-against-

MARY ASHONG, et al.,

Defendants.

**ORDER**

25-CV-06315 (PMH)

Plaintiff, who is proceeding *pro se* and *in forma pauperis*, commenced this action on July 28, 2025. (Doc. 1). Defendants' request for permission to move to dismiss Plaintiff's Complaint was granted on June 22, 2026 and the Court entered a briefing schedule. (Doc. 49). On July 22, 2026, Defendants filed their motion to dismiss. (Doc. 50). Plaintiff's opposition was due by August 21, 2026. (*See* Doc. 49). To date, Plaintiff has not filed an opposition to the motion or sought an extension of time to file an opposition brief.

Given Plaintiff's *pro se* status, the Court *sua sponte* extends Plaintiff's time to oppose the motion to dismiss until September 28, 2026. Defendants' reply, if any, is due October 12, 2026.

**If Plaintiff fails to file his opposition by September 28, 2026, the motion will be deemed fully submitted and unopposed. No further extensions of time will be granted.**

The Clerk of Court is respectfully instructed to mail a copy of this Order and the docket sheet to plaintiff at the address on the docket.

Dated: White Plains, New York
August 27, 2026

SO ORDERED:

Philip M. Halpern
United States District Judge