RECEIVED
AUG 24 20[illegible]
PRO SE OFFICE

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Anthony Horton
plaintiff,

-against-

John Serhan,
(Audiologist)
Defendant

Case No. 25-CV-06315-PMH

NOTICE OF MOTION: 1st "Amended Complaint" Pursuant to Rule 15 (a)(1)(B) of the Federal Rules of Civil Procedure.

PLEASE TAKE NOTICE that plaintiff,

Anthony Hort ... he Court: recognizes ... Rule 15(a)(1) (B) of the ... Civil Procedure; plaintiff is ... aim anew; "Amended C... of such; plaintiff's ... will be no more a matter by ... ks ~~in~~ any redress.

Defendants are directed to respond to Plaintiff's motion to amend his complaint (Doc. 56) on or before September 9, 2026.

SO ORDERED.

[signature]

Philip M. Halpern
United States District Judge

Dated: White Plains, New York
September 1, 2026

In Support of this motion;

plaintiff encloses his Amended Complaint,

Exhibit: Showing Plaintiff attended Emergency Sick Call on July 10, 24 for ear infection as purported in claim. (8 Exhibits total)

DECLARATION

I, Anthony Horton, declare that the foregoing is true, and declare such, under "penalty of perjury".

Anthony Horton

Anthony Horton

Aug. 16, 26

(25-CV-06315-PMH)

Aug. 16, 26

PRO SE INTAKE

Anthony Horton # 06A5568

Case No.
25-CV-06315-PMH

Please find enclosed, plaintiff's "Amended Complaint" Pursuant to Rule 15 (a)(1)(B) of the Federal Rules of Civil Procedure.

A Motion: 1st Amended Complaint

The Herein matter before the Court;

July 21, 26.

Signed,

Anthony Horton

Anthony Horton

Anthony Horton # 06A5568
Wende Corr. Fac.
Wende Rd. 309 Bare Hill Road
P.O. BOX 1187
Alden, N.Y. 14004-1187

WENDE CORR FAC



RECEIVED
AUG 21 25
PRO SE OFFICE

RECEIVED
SDNY PRO SE OFFICE

To: Pro Se Intake (Urgent Due 8.21.26)
United States District Court
Southern District of New York
The ~~Moyn~~ Daniel Moynihan United States
Court House
U.S. Court house 500 Pearl St.
New York, N.Y. 10007

USM
SDNY

LEGAL MAIL