7:25-CV-06315 (PMH)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Anthony Horton<br>plaintiff,<br><br>v.<br><br>John Serhan<br>defendant, | Motion:<br>Strike Plaintiffs request for Declaratory Judgment from complaint<br><br>25-CV-06315 (PMH) |

SDNY PRO SE OFFICE
2026 SEP 30 PM 3:

Where to [...]ciencies; (Doc. 55)

in his claim[...] Per Federal

Procedure C[...]5 (a) (1) (B)

Defendant is directed to respond to Plaintiff's motion (Doc. 67) on or before October 7, 2026.

SO ORDERED.

Philip M. Halpern
United States District Judge

Dated: White Plains, New York
October 2, 2026

plaintiff, Anthony Horton, submits this motion; to request that the Court; disregards

plaintiff's request for any declaratory Judgement, plaintiff thought any request for 'Declaratory Judgement'; would become a matter at the end of trial as might occur and not that his request for such; would be construed to mean, that plaintiff wanted this declaratory Judgement; to affect; Current proceedings.

To be clear; plaintiff is asking the Court to disregard his request for declaratory Judgement; as any potential request for such will be requested @ the

7:25-CV-06315(PMH)

appropriate time, plaintiff thus seeks no other decision/relief than what the Court may find Suitable at this time.

September 21, 2026

Signed,

Anthony Horton

WENDE CORRECTIONAL FACILITY
Wende Rd., P.O. Box 1187
Alden, New York 14004-1187

NAME: Anthony Horton DIN: 06A5568

WENDE
CORRECTIONAL
FACILITY

quadient
FIRST-CLASS MAIL
IMI
$000.78 º
09/23/2026 ZIP 14004
043M31279199
US POSTAGE

RECEIVED
SDNY PRO SE OFFICE
2026 SEP 30 PM 3: 27

82
Recorded

PRO Se Intake
UNITED STATES DIST. COURT
SOUTHERN DIST. OF New York
U.S. Courthouse – 500 Pearl St.
New York, N.Y. 10007

1000731316

NEW YORK STATE
DEPARTMENT OF CORRECTIONS AND COMMUNITY SUPERVISION
OFFENDER CORRESPONDENCE PROGRAM

NAME: Anthony Horton DIN: 06A5568

Printed On Recycled Paper