UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ANTHONY HORTON,<br><br>Plaintiff,<br><br>-against-<br><br>JOHN SERHAN,<br><br>Defendant. | **ORDER**<br><br>25-CV-06315 (PMH) |

PHILIP M. HALPERN, United States District Judge:

Plaintiff Anthony Horton commenced this action on July 28, 2025. (Doc. 1). Plaintiff filed an amended complaint on August 27, 2026. (Doc. 55). Plaintiff's amended complaint seeks, among other relief, "a [d]eclaration that the acts and [o]missions described herein violated plaintiffs' rights under the Constitution and laws of the United States." (*Id.* at 25). Plaintiff filed a motion to "strike Plaintiffs request for Declaratory Judgment from complaint" on September 30, 2026, in which he "request[s] that the Court disregard[] plaintiff's request for any declaratory judgment . . . ." (Doc. 67). Defendant John Serhan responded to Plaintiff's motion on October 6, 2026, indicating that he "consents to Plaintiff's request to withdraw his claim for a declaratory judgment." (Doc. 70).

Accordingly, given Defendant's consent, Plaintiff's motion to "strike Plaintiffs request for Declaratory Judgment from complaint" (Doc. 67) is granted. Plaintiff's amended complaint (Doc. 55) is deemed amended to no longer include a request for declaratory relief.

The Clerk of Court is respectfully requested to terminate the letter-motion pending at Doc. 67 and mail a copy of this Order to Plaintiff.

**SO ORDERED.**

Dated: October 7, 2026
White Plains, New York

HON. PHILIP M. HALPERN
United States District Judge